| | |
|---|---|
| 1 | Mark J. Zanobini |
| 2 | ROUDA, FEDER, TIETJEN & ZANOBINI<br>44 Montgomery Street, Suite 4000 |
| 3 | San Francisco, CA  94104<br>Telephone:     (415) 398-5398 |
| 4 | Facsimile:      (415) 398-8169 |
| 5 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOURHIT DRISSI, KARIM DRISSI, SARAH DRISSI, MOURHIT DRISSI, as Successor in Interest for the Estate of COLLEEN DRISSI, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS, INC., KAISER FOUNDATION HEALTH PLAN, INC., THE PERMANENTE MEDICAL GROUP, DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.  C07-01980 SC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between the plaintiffs MOURHIT DRISSI, KARIM DRISSI, SARAH DRISSI, and MOURHIT DRISSI, as Successor in Interest for the Estate of COLLEEN DRISSI, Deceased and defendants KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., and KAISER FOUNDATION HEALTH PLAN, INC., through their respective counsel, that the above-entitled action be dismissed with prejudice, each party to bear its own costs.

\\

\\

| | | |
|---|---|---|
| 1 | DATED:   June 11, 2009 | ROUDA, FEDER, TIETJEN & ZANOBINI |
| 2 | | |
| 3 | | By:    /s/ Mark Zanobini<br>MARK ZANOBINI |
| 4 | | Attorneys for Plaintiffs<br>MOURHIT DRISSI, KARIM DRISSI, |
| 5 | | SARAH DRISSI, MOURHIT DRISSI, as<br>Successor in Interest for the Estate of |
| 6 | | COLLEEN DRISSI, Deceased |
| 7 | DATED:   June 22, 2009. | WILKE, FLEURY, HOFFELT,<br>GOULD & BIRNEY, LLP |
| 8 | | |
| 9 | | By:    /s/ Ronald R. Lamb<br>RONALD R. LAMB |
| 10 | | Attorneys for Defendants<br>KAISER FOUNDATION HOSPITALS, |
| 11 | | THE PERMANENTE MEDICAL<br>GROUP, INC., AND KAISER |
| 12 | | FOUNDATION HEALTH PLAN, INC. |

## ORDER

Pursuant to the above stipulation of all parties,

IT IS HEREBY ORDERED that the above-entitled action be dismissed with prejudice, each party to bear its own costs.

DATED: __June 24__, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED — Judge Samuel Conti*

**PROOF OF SERVICE BY MAIL**

I, Marco Montoya, certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 625 Market Street, 11th Floor, San Francisco, California 94105, which is located in the County where the mailing described took place.

I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 23, 2009, at my place of business in San Francisco, California, I placed true and correct copies of:

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

in a sealed envelope, with postage fully prepaid, addressed to:

| | |
|---|---|
| Ronald R. Lamb, Bar No. 99396<br>Wilke, Fleury, Hoffelt, Gould & Birney, LLP<br>Twenty-Second Floor<br>400 Capital Mall<br>Sacramento, CA 95814<br>(916) 441-2430 Telephone<br>(916) 442-6664 Facsimile<br>Email: rlamb@wilkefleury.com<br><br>Attorneys for Defendants | Kennedy P. Richardson, Bar No. 62516<br>Mark Palley, Bar No. 120073<br>Yvonne M. Pierrou, Bar No. 166237<br>Brian S. Lee, Bar No. 233062<br>Marion's Inn<br>1611 Telegraph Avenue, Suite 707<br>Oakland, CA 94612<br>(510) 451-6770 Telephone<br>(510) 451-1711 Facsimile<br>Email: KPR@marionsinn.com<br><br>Attorneys for Defendants |

which envelope was placed for collection and mailing on that date following ordinary business practices. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 23rd day of June, 2009, at San Francisco, California.

                                                   /s/ Marco Montoya  
                                                   Marco Montoya